ELLEN REARDON, an Infant, etc., Appellant, *v.* THE NEW YORK CONSOLIDATED CARD COMPANY, Respondent.

(Argued March 22, 1887, decided April 19, 1887 )

*John D. Townsend* for appellant.

*George Zabriskie* for respondent

Agree to dismiss appeal; no opinion
All concur.
Appeal dismissed.